Blanchard

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | CR. No. 24-cr-20176 JPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | |
| **JADARIUS SNEED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about July 8, 2024, in the Western District of Tennessee, the defendant,

**JADARIUS SNEED,**

in connection with the attempted acquisition of a firearm, that is the purchase of a HiPoint 9mm caliber pistol serial number P10133297, from Big Daddy's Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Big Daddy's Pawn, which statement was intended and likely to deceive Big Daddy's Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he has not been adjudicated as mental defective or has not been committed to a mental institution

indicated on the Form 4473, when in fact as the defendant then knew, he had been committed to a mental institution; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL:**

_____
**F O R E P E R S O N**

**DATED: September 26, 2024**

_____
**REAGAN TAYLOR FONDREN**
**ACTING UNITED STATES ATTORNEY**